IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAWRENCE STUART, | : | |
| Plaintiff, | : | 1:18-cv-0430 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| KIMBERLY MURRAY, *et al.*, | : | |
| Defendants. | : | |

## ORDER

### November 16, 2020

NOW THEREFORE, upon consideration of Defendants' motions (Docs. 89, 90, 93) for summary judgment pursuant to Federal Rule of Civil Procedure 56, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. Defendants' motions (Docs 89, 90, 93) for summary judgment are GRANTED.

2. The Clerk of Court is directed to ENTER judgment in favor of Defendants and against Plaintiff.

3. The Clerk of Court is directed to CLOSE this case.

4. Any appeal from this order is deemed frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

                                     s/ John E. Jones III
                                     John E. Jones III, Chief Judge
                                     United States District Court
                                     Middle District of Pennsylvania